# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS FREEMAN MARTIN, | |
| Plaintiff, | Case No. 1:16-cv-02804-JMS-DML |
| v. | Honorable Judge Jane E. Magnus- Stinson |
| JE GROUPS d/b/a JOHNSON AND EDWARDS. | Dismissal with prejudice acknowledged. JMS, CJ 2/8/17 Distribution via ECF. |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, NICHOLAS FREEMAN MARTIN ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, JE GROUPS d/b/a JOHNSON AND EDWARDS., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 7, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com